976

No. 706, Misc.  DUNCAN v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 711, Misc.  BAXTON v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 731, Misc.  ARCHIE v. BIBB, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL.  Supreme Court of Illinois.  Certiorari denied.

No. 944.  EVANS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  *William Earl Badgett* for petitioner.

No. 951.  SHINABERRY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *George A. Meekison* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 961.  FLYNN & EMRICH Co. v. GREENWOOD ET AL. C. A. 4th Cir.  Certiorari denied.  *Charles G. Page* for petitioner.  *Harold F. Watson* for respondents.

No. 908.  LEONARD v. UNITED STATES.  Court of Claims. Certiorari denied.  *Richard T. Brewster, George Edward Leonard* and *Eberhard P. Deutsch* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 909.  HOHENSEE ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  *P. Bateman Ennis* for peti-

tioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 959. UNDERWOOD ET AL. *v.* KNOX GLASS BOTTLE CO. ET AL. Supreme Court of Mississippi. Certiorari denied. *Wm. Harold Cox* and *Garner W. Green, Sr.* for petitioners. *Charles B. Snow* and *Junior O'Mara* for respondents.

No. 919. ADAMS *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 714, Misc. PHILLIPS *v.* MAILLER ET AL. Supreme Court of New York, Schenectady County. Certiorari denied.

No. 312, October Term, 1955. UNITED STATES *v.* OHIO POWER CO., *ante,* p. 98. Motion for consideration by the full Court and petition for rehearing denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion and application.

No. 621. PREISLER *v.* UNITED STATES, 352 U. S. 990. Motion for leave to file petition for rehearing out of time denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.